KEVIN V. RYAN, CSBN 118321
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
ILA C. DEISS, NY SBN 3052909
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7124
    FAX: (415) 436-7169

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MICHAEL MEDVEDEV, ) <br> ) <br>     Plaintiff, ) <br> ) <br>     v. ) <br> ) <br> DEPARTMENT OF HOMELAND SECURITY; ) <br> et al. ) <br>     Defendants. ) <br> ) | Case No. 06-4278 JCS <br><br> **STIPULATION TO DISMISS AND** <br> **[PROPOSED] ORDER** |

    Plaintiff, by and through his attorneys of record, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-entitled action without prejudice in light of the fact that the United States Citizenship and Immigration Services is now prepared to grant Plaintiff's application for naturalization and agrees to do so within 14 days of the dismissal of this action.

    Each of the parties shall bear their own costs and fees.

///

///

///

///

///

///

Stip. to Dismiss
C 06-4278 JCS

| | |
|---|---|
| Date: September 11, 2006 | Respectfully submitted, |
| | KEVIN V. RYAN<br>United States Attorney |
| | /s/<br>ILA C. DEISS<br>Assistant United States Attorney<br>Attorneys for Respondents |
| Date: September 11, 2006 | /s/<br>MONICA KANE<br>Attorneys for Plaintiff |

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: Sept. 12, 2006

JOSEPH C. SPERO
United States Magistrate Judge

Stip. to Dismiss
C 06-4278 JCS                                        2